STATE v. SHANNON

No. 80P95

Case below: 117 N.C.App. 718

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

STATE v. SMITH

No. 125A95

Case below: 118 N.C.App. 106

Petition by Attorney General for temporary stay allowed 22 March 1995.

STATE v. SOLOMON

No. 113P95

Case below: 117 N.C.App. 701

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

STATE v. SUMMERLIN

No. 117P95

Case below: 117 N.C.App. 733

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 1995.

STATE v. WEAVER

No. 568P94

Case below: 108 N.C.App. 789

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 1995.